# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

**UNITED STATES OF AMERICA**

v.

**EDDIE SPIVEY, SR**

FILED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE DENLOW

CASE NUMBER:

**08CR 0083**

I, Eric Kaley, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 16, 2008__ in __DuPage__ county, in the __Northern__ District of __Illinois__, defendant EDDIE SPIVEY SR. did

by intimidation, take from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the Charter One Bank, 6301 South Cass Avenue, Westmont, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section(s) __2113(a)__.

I further state that I am a(n) Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes ___ No

_signature_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__January 31, 2008__     at   __Chicago, Illinois__
Date                          City and State

Morton Denlow, U.S. Magistrate Judge
Name & Title of Judicial Officer

_signature_ Morton Denlow
Signature of Judicial Officer

| | |
|---|---|
| State of Illinois | ) |
| | ) SS |
| County of Cook | ) |

## AFFIDAVIT

I, Eric Kaley, being first duly sworn on oath, depose and state as follows:

## INTRODUCTION

1. I am a federal law enforcement officer employed as a Special Agent of the Federal Bureau of Investigation (FBI). I have been employed by the FBI for six years. I am currently assigned to the West Resident Agency of the Chicago Division, where I am responsible for the investigation of federal offenses involving violent crimes, including the offense of bank robbery. I have been involved in multiple bank robbery investigations.

2. The statements contained in this affidavit are based upon my investigation, information provided by FBI agents and other law enforcement agents who participated in this investigation, and on my experience and training as an FBI Agent. The information below is provided for the limited purpose of establishing probable cause that, on or about January 16, 2008, defendant EDDIE SPIVEY SR. did by intimidation, take from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the Charter One Bank, 6301 South Cass Avenue, Westmont, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a). Because the information set forth below is for the limited purpose of establishing probable cause in support of a criminal complaint, it does not contain all the facts of

which I am aware related to this investigation. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part and are not verbatim.

## BACKGROUND OF THE INVESTIGATION

4. On December 7, 2007 at approximately 5:05 p.m., a black male entered Fifth Third Bank, 6320 South Cass Avenue, Westmont, Illinois and approached the teller counter (the "Suspect"). The Suspect presented a bank teller (hereinafter "Teller A") with a folded robbery demand note, which was printed in faded ink on a yellow sheet of paper. The note read words similar to: "You know what I want. I'm dying of AIDS. Just give me what I want and no one will get hurt." After reading the note, the Teller A looked toward another bank employee, at which time the Suspect reached inside the parka he was wearing, in a manner which implied he had a weapon.

5. As a result of the demand, Teller A provided the Suspect with approximately $1,490.00 in United States currency. After receiving the money, the Suspect exited the bank and fled in an unknown direction.

6. Following the robbery, law enforcement officials interviewed Teller A. Teller A provided the description of the Suspect as a black male, 50 - 60 years of age, 5'5" - 5'8", slender build, having dark eyes and wearing a full-length beige coat with a hood.

7. At the time of the December 7, 2007 bank robbery, Fifth Third Bank was insured by the Federal Deposit Insurance Corporation (FDIC).

8. On January 16, 2008 at approximately 3:20 p.m., a black male (the "Suspect") entered the Charter One Bank, 6301 South Cass Avenue, Westmont, Illinois and approached the teller counter. The Suspect stated to a teller (hereinafter "Teller B"), "You know what

this is." He then presented Teller B with a robbery demand note, which read words similar to: "No one has to get hurt. You know what I want." The note further read either "I have AIDS and I'm dying." or "I am dying and I have AIDS."

9. As a result of the demand, Teller B provided the Suspect with approximately $7,230.00 in United States currency. After receiving the money, the Suspect exited the bank and fled in an unknown direction.

10. Following the robbery, law enforcement officials interviewed Teller B. Teller B provided the description of the bank robber as a black male, 50 - 60 years of age, 5'8" - 5'9", small build, brown eyes, having a brown and gray mustache, and wearing a full-length beige colored coat with hood. In addition, Teller B observed that the bank robber had some type of large bump on both his cheek bone and forehead.

11. At the time of the January 16, 2008 bank robbery, Charter One Bank was insured by the Federal Deposit Insurance Corporation (FDIC).

12. Following the related bank robberies, Westmont Police Department released an informational flier regarding the bank robberies to local businesses, which included surveillance photographs and a description of the bank robber. Westmont Police Department received an anonymous call from an individual (hereinafter "Witness 1") from a local fast food business. Witness 1 advised that he/she thought a black male customer was possibly the bank robber because he looked like the bank robber pictured in the flier and had a similar description. The caller provided the Westmont Police Department with the license plate number of the car, Illinois X921542.

13. Through records checks on the license plate, law enforcement officials found Eddie

Spivey Sr. to be associated with the license plate number of the car. The license plate came back to a white 2002 Oldsmobile registered to an individual in Westmont, Illinois.

14. Through records and photographs, law enforcement agents determined that Eddie Spivey Sr. was a black male, approximately 5'4", thin build, having brown eyes. In addition, multiple photographs of Eddie Spivey Sr. show some type of distinct, permanent bump on his upper left cheek bone, similar to those described by Teller B.

15. On January 30, 2008, a photo array containing six photographs, including that of Eddie Spivey Sr., was shown to Teller A of Fifth Third Bank. After viewing the photo array, Teller A identified Eddie Spivey Sr. as being the pictured individual that most closely resembled the male that robbed Fifth Third Bank on December 7, 2007.

16. On January 30, 2008, a photo array containing six photographs, including that of Eddie Spivey Sr., was shown to Teller B of Charter One Bank. Teller B identified Eddie Spivey Sr. as being the individual that robbed Charter One Bank on January 16.

17. At approximately 3:00 p.m. on January 30, 2008, Westmont Police officers pulled over a white Oldsmobile having Illinois license plate X921542. The driver of the car was identified by the officers as Eddie Spivey Sr., and the driver was wearing a full-length beige coat with hood matching the descriptions given by Tellers A and B and the surveillance videos from both bank robberies.

18. On January 30, 2008, agents interviewed Eddie Spivey, Sr. Agents advised Eddie Spivey Sr of his Miranda rights and he signed a written waiver of his rights. Spivey confessed to the robbery of the Charter One Bank, 6301 South Cass Avenue, Westmont, Illinois on January 16, 2008, and the robbery of Fifth Third Bank, 6320 South Cass Avenue,

Westmont, Illinois, on December 7, 2007. Spivey provided agents with the details of both robberies.

## CONCLUSION

24. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that, on or about January 16, 2008, defendant EDDIE SPIVEY SR. did by intimidation, take from the person and the presence of others, money belonging to and in the care, custody, control, management, and possession, of the Charter One Bank, 6301 South Cass Avenue, Westmont, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

Special Agent Eric Kaley
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence
this 31st day of January, 2008

Morton Denlow
United States Magistrate Judge