## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case

USA v. Spivey                                          08 CR 83

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Eddie Spivey

FILED
1-31-08
JAN 3 1 2008

MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| SIGNATURE   s/ *[signature]* | ROSE LINDSAY |
| FIRM   FEDERAL DEFENDER PROGRAM | |
| STREET ADDRESS   55 E MONROE ST, STE 2800 | |
| CITY/STATE/ZIP   CHICAGO IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   6280480 | TELEPHONE NUMBER   312. 621. 8342 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [X]