## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Morton Denlow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 83 | **DATE** | 2/7/2008 |
| **CASE TITLE** | USA vs. Eddie Spivey, Sr. | | |

**DOCKET ENTRY TEXT**

Defendant waives his right to a preliminary examination. Detention hearing held. Defendant's oral motion for release is denied without prejudice. Defendant ordered bound to the District Court for further proceedings in the custody of the U.S. Marshal.

Docketing to mail notices.

00:21

| | Courtroom Deputy Initials: | DK |
|---|---|---|

Case 1:08-cr-00083    Document 6    Filed 02/07/2008    Page 1 of 1

08CR83 USA vs. Eddie Spivey, Sr.    Page 1 of 1