# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 83 - 1 | **DATE** | 2/21/2008 |
| **CASE TITLE** | USA vs. Eddie Spivey, Sr. | | |

**DOCKET ENTRY TEXT**

Bond hearing held.

0:21

| | Courtroom Deputy Initials: | DK |
|---|---|---|