

F I L E D
FEB 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 83 |
| ) | |
| v. ) | Violations: Title 18, United States |
| ) | Code, Section 2113(a) |
| EDDIE SPIVEY, SR. ) | |
| ) | |

JUDGE MANNING

MAGISTRATE JUDGE DENLOW

### COUNT ONE

The SPECIAL FEBRUARY 2008-1 GRAND JURY charges:

On or about December 7, 2007, at Westmont, Illinois, in the Northern District of Illinois, Eastern Division,

EDDIE SPIVEY, SR.,

defendant herein, did by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $1,490 in United States Currency, belonging to, and in the care, custody, control, management, and possession of Fifth Third Bank, located at 6320 S. Cass Ave., Westmont, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## **COUNT TWO**

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

On or about January 16, 2008, at Westmont, Illinois, in the Northern District of Illinois, Eastern Division,

### EDDIE SPIVEY, SR.,

defendant herein, did by force and violence, and by intimidation, take from the person and presence of bank employees, approximately $7,230 in United States Currency, belonging to, and in the care, custody, control, management, and possession of Charter One Bank, located at 6301 S. Cass Ave., Westmont, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The SPECIAL FEBRUARY 2008-1 GRAND JURY further charges:

1. The allegations of Counts One and Two of this Indictment are realleged and incorporated here by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. As a result of his violations of Title 18, United States Code, Section 2113(a), as alleged in this Indictment,

EDDIE SPIVEY SR.,

defendant herein, has subjected to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all right, title and interest in property, real and personal, which constitutes and is derived from proceeds traceable to defendant's violations of Title 18, United States Code, Section 2113(a).

3. The interests of the defendant subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c) include, but are not limited to $8,720.00.

4. If any of the property subject to forfeiture, and described above, as a result of any act or omission of the defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), including without limitation, defendant's interest in the following:

(a) $1,905 U.S.C. seized by the Federal Bureau of Investigation on January 30, 1008 from 6720 Aspen Lane, Apt. 1, Westmont, Illinois.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY