# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 83 - 1 | **DATE** | 3/10/2008 |
| **CASE TITLE** | USA vs. Eddie Spivey, Sr. | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 3/17/08. Pretrial motions to be filed by or on 3/31/08; any response by or on 4/14/08; any reply by or on 4/28/08. Status hearing set before Judge Manning on 4/3/08 at 11:00 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 4/3/08 pursuant to 18:3161(h)(1)(F) (X-E)

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:08

| | Courtroom Deputy Initials: | DK |
|---|---|---|