

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 83 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| EDDY SPIVEY | ) | |

## AGREED ORDER

This matter coming before the Court on Defendant EDDY SPIVEY's request for permission to have an overnight stay with his wife while on electronic monitoring, and by agreement of all parties, IT IS HEREBY ORDERED THAT:

1. Mr. Spivey shall be permitted to leave the residence of his mother, Willia Spivey, from Saturday, March 29, 2008, at 12:00 p.m. until Sunday, March 30, 2008, at 5:00 p.m.

2. While away from his mother's home, Mr. Spivey shall be accompanied at all times by his third-party custodian, Sharon Spivey, and shall stay overnight at her residence.

3. No later than Friday, March 28, 2008, Mr. Spivey shall provide Pretrial Services with a contact number where he may be reached at all times while away from his mother's home.

Entered: *Blanche M. Manning*
Honorable Blanche M. Manning
U.S. District Court Judge

Dated: 3/24/2008