

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 83 | DATE | 5/1/2008 |
| CASE TITLE | USA vs. Eddy Spivey | | |

**DOCKET ENTRY TEXT**

Defendant's request for permission to have periodic overnight stays with his wife while on electronic monitoring at the direction of Pretrial Services is granted. Enter Agreed Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | rs |
|---|---|---|