

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 83 |
| v. ) | |
| ) | Honorable Blanche M. Manning |
| EDDY SPIVEY ) | |

### AGREED ORDER

This matter coming before the Court on Defendant EDDY SPIVEY's request for permission to have periodic overnight stays with his wife while on electronic monitoring, and by agreement of all parties, IT IS HEREBY ORDERED THAT:

1. The Pretrial Services Office shall permit Mr. Spivey to have periodic overnight stays with his wife, if and when deemed appropriate, and

2. Pretrial Services shall prescribe the dates, times, and specific conditions of such visits.

Entered: _____
Honorable Blanche M. Manning
U.S. District Court Judge

Dated: _____5/1/2008_____