UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,
v.                                                      Case No.: 1:08−cr−00083
                                                        Honorable Blanche M. Manning
Eddie Spivey Sr.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

  MINUTE entry before the Honorable Blanche M. Manning: as to Eddie Spivey, Sr, Change of Plea Hearing set for 6/5/2008 is reset to 7/11/2008 at 10:30 AM. Government shall provide a courtesy copy of a plea agreement, or defendant a plea declaration to the court at least 24 hours prior to the plea. Time excluded to 7/11/2008 pursuant to 18:3161 (h)(8)(B)(i). Mailed notice (rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.