UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:08−cr−00083
Honorable Blanche M. Manning

Eddie Spivey Sr.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

MINUTE entry before the Honorable Blanche M. Manning:as to Eddie Spivey, Sr, Case called for change of plea hearing. The hearing began but was halted by the court. Before proceeding further, the court would like to get an opinion from the defendant's personal medical doctor, as well as an outside independent report, on his mental state of mind at the time of the offense, as well as now in terms of taking his plea. Status hearing set for 9/16/2008 at 11:00 AM. Government may respond to any report submitted at the next hearing. Time excluded to 9/16/2008 pursuant to 18:3161 (h)(1)(A). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.